UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID L. SIMPSON #111277,

     Plaintiff,                           Case No. 1:24-CV-23

v.                                     Hon. Robert J. Jonker

MARGARET OUELLETTE,

     Defendant.

_____/

**ORDER STAYING AND
ADMINISTRATIVELY CLOSING CASE**

This case is stayed in its entirety pursuant to this Court's review and consideration of an order of the U.S. Bankruptcy Court for the Southern District of Texas in *In Re: Wellpath Holdings, Inc., et al.,* Case No. 24-90533 (ARP).  This temporary stay order will continue until further order of this Court.  This case is administratively closed.

**IT IS SO ORDERED.**

Dated:  January 24, 2025               /s/ Ray Kent_____
                                        RAY KENT
                                        United States Magistrate Judge