UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID L. SIMPSON,

        Plaintiff,

v.

Case No. 1:24-cv-23

Hon. Robert J. Jonker

MARGARET OUELLETTE,

        Defendant.

_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025.  *See* Order (ECF No. 28).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated:  May 21, 2025                            /s/ Ray Kent
                                                        RAY KENT
                                                        United States Magistrate Judge